IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRI M. CUSTER, )<br>　　　　　　　　　　　　　　　)<br>　　　Petitioner/Defendant, )<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　)<br>UNITED STATES of AMERICA , )<br>　　　　　　　　　　　　　　　)<br>　　　Respondent/Plaintiff. ) | CIVIL NO. 05-cv-632-WDS<br><br>CRIMINAL NO. 03-cr-30131 |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

April 25, 2006　　　　　　　　　　By:　**s/ WILLIAM D. STIEHL**
*Date*　　　　　　　　　　　　　　　　　*District Judge*